NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALKER DIGITAL, LLC,**
*Plaintiff - Appellant,*

v.

**EXPEDIA, INC.,**
*Defendant - Appellee.*

---

13-1523

---

Appeal from the United States District Court for the District of Delaware in No. 12-CV-0142 United States District Judge Sue L. Robinson.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, Walker Digital, LLC unopposed motion to extend time to file appellant/petitioner principal brief until November 20, 2013,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

October 15, 2013            /s/ Daniel E. O'Toole
                                   Daniel E. O'Toole
                                   Clerk

cc: Ahmed Jamal Davis
Marc Aaron Fenster
Neil J. McNabnay
Benjamin T. Wang