No. 2013-1523

---

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

---

WALKER DIGITAL, LLC,

                                                Plaintiff-Appellant,

v.

EXPEDIA, INC.,

                                                Defendant-Appellee.

---

Appeal from the United States District Court for the District of Delaware
Case No. 12-142-SLR, Judge Sue L. Robinson

---

**PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
NOTICE OF MOTION AND ORDER IN THE DISTRICT COURT**

Dated: October 31, 2013                RUSS AUGUST & KABAT

                                                Marc A. Fenster
                                                Benjamin T. Wang
                                                12424 Wilshire Boulevard, 12th Floor
                                                Los Angeles, California 90025
                                                (310) 826-7474
                                                mfenster@raklaw.com
                                                bwang@raklaw.com

                                                *Attorneys for Plaintiff-Appellant*
                                                *Walker Digital, LLC*

# PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
# NOTICE OF ORDER ON MOTION IN THE DISTRICT COURT

On October 18, 2013, Plaintiff-Appellant Walker Digital, LLC notified the Court that the district court issued an Order on Defendant-Appellee Expedia, Inc.'s Motion for Attorneys' Fees and Dismissal with Prejudice.  (Doc. 29.)  On October 23, 2013, Defendant-Appellee filed a Motion for Clarification of the district court's Order on the Motion for Attorneys' Fees and Dismissal with Prejudice, (Case No. 1:12-cv-142-SLR, Doc. 102), which is attached as Exhibit A.  On October 25, 2013, the district court issued an order on the Motion for Clarification, (Case No. 1:12-cv-142-SLR, Doc. 103), which is attached as Exhibit B.


Dated: October 31, 2013                RUSS AUGUST & KABAT

                                       */s/ Benjamin T. Wang*
                                       Marc A. Fenster
                                       Benjamin T. Wang
                                       12424 Wilshire Boulevard, 12th Floor
                                       Los Angeles, California 90025
                                       (310) 826-7474
                                       mfenster@raklaw.com
                                       bwang@raklaw.com

                                       *Attorneys for Plaintiff-Appellant*
                                       *Walker Digital, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on October 31, 2013, the foregoing document, **PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S NOTICE MOTION AND ORDER IN THE DISTRICT COURT**, was served on all parties or their counsel of record via the Court's CM/ECF system at the email addresses listed below:

Ahmed J. Davis
davis@fr.com

Neil J. McNabnay
mcnabnay@fr.com

FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

*Counsel for Defendant-Appellee*
*Expedia, Inc.*

                                                */s/ Benjamin T. Wang*
                                                  Benjamin T. Wang